**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOSEPH ADRIAN MOTLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-17-2888 |
| | § | |
| OPPENHEIMER & CO., INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER CONFIRMING ARBITRATION AWARD AND ENTERING FINAL JUDGMENT**

The plaintiff, Joseph Motley, filed a motion for an order confirming an arbitration award against the defendant, Oppenheimer & Co., on September 27, 2017. (Docket Entry No. 1). Despite being served and notified by Motley of the initial conference date, Oppenheimer failed to appear on January 22, 2018. The court issued a show-cause order against Oppenheimer on January 23, 2018. (Docket Entry No. 6). The court contacted Travis McGregor, Oppenheimer's legal counsel, and provided a copy of the show-cause order that same day. Oppenheimer failed to respond by the February 2 deadline. Mr. McGregor indicated to the court that Oppenheimer does not oppose confirmation of Motley's award and will file a statement to that effect.

The arbitrator granted Motley's request for expungement of his Central Registration Depository records. (Docket Entry No. 1 at 5). Pursuant to FINRA Rule 2080, FINRA waived, in writing, the requirement to name FINRA as an additional party to the suit. (Docket Entry No. 1, Ex. B). This court has jurisdiction to confirm the award under § 9 of the Federal Arbitration Act and "must grant such an order unless the award is vacated, modified, or corrected . . . ." 9 U.S.C. § 9. Final judgment is entered confirming the arbitration award and the court orders the expungement

1

of all references to occurrence #1442356 from the Central Registration Depository records for Joseph Motley. (Docket Entry No. 1 at 5).

SIGNED on February 6, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge